Case 2:09-cv-00857-PGS-ES Document 10 Filed 03/06/09 Page 1 of 3 PageID: 134
Case 2:09-cv-00857-PGS-ES Document 7 Filed 03/04/2009 Page 1 of 3
9737428394

HOFFMANN & BARON, LLP
LUDOMIR A. BUDZYN (LB 5014)
JON A. CHIODO (JC 3320)
6 Campus Drive
Parsippany, New Jersey 07054
Telephone: (973) 331-1700
JACdocket@hoffmannbaron.com

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SQUARE ENTERPRISES CORP., ) | Civ. No. 09-857 (PGS) |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| EUROPEAN DISTRIBUTIONS, INC., ) | |
| D/B/A J&B EUROPEAN ) | |
| DISTRIBUTION, INC., ) | |
| ) | |
| Defendant. ) | |

## CONSENT ORDER FOR ADJOURNMENT OF HEARING

THIS MATTER comes before the Court upon the request of the Parties for an adjournment of the hearing in this Action, presently scheduled for Friday, March 6, 2009, so that the Parties may discuss potential settlement of this Action.

IT IS HEREBY ORDERED that the presently-scheduled hearing be adjourned. Defendant European Distributions, Inc., shall have until March 20, 2009 at 5:00 pm to file any answering papers in response to the Order to Show Cause entered on February 27, 2009; and Plaintiff Square Enterprises, Inc., shall have until March 25, 2009 at 5:00 pm to file any reply papers in response to such answering papers.

IT IS FURTHER ORDERED THAT Defendant European Distributions, Inc. shall show

1

cause on the ~~30th~~ 1st April day of ~~March~~ 2009, at 1:30 pm, or as soon thereafter as counsel may be heard, why an order should not be entered pursuant to the Order to Show Cause entered in this Action.

IT IS FURTHER ORDERED that the temporary restraints set forth in the Order to Show Cause entered in this Action shall remain in place until a final decision on the Order to Show Cause can be made by the Honorable Judge Sheridan.

IT IS FURTHER ORDERED that notwithstanding such temporary restraints:

(a) <u>Conditioned on approval by Plaintiff</u>, Defendant shall not be prevented from selling Krakus product purchased from Agros Nova with full English labeling for sale in the United States; and

(b) Defendant shall not be prevented from taking delivery of the shipment of <u>700 cases of KRAKUS pickles and 200 cases of KRAKUS red borscht, which has been previously</u> ordered from <u>a</u> distributor other than Agros Nova, provided such products, <u>once received, are subject to the temporary restraints previously ordered in this Action</u>.

Dated: 3/5/09

_____
Peter G. Sheridan, U.S.D.J.

AGREED TO BY:

_____
Ludomir A. Budzyn
Jon A. Chiodo
HOFFMANN & BARON, LLP
6 Campus Drive

_____
Angelo R. Bisceglie, Jr.
BISCEGLIE & DEMARCO, LLC
365 Rifle Camp Road
Woodland Park, NJ 07424

2

Parsippany, NJ 07054
973-331-1700
Fax: 973-331-1717

973-742-8900
Fax: 973-742-7999

Attorneys for Plaintiff

Attorneys for Defendant