BISCEGLIE & DE MARCO
A Limited Liability Company
ATTORNEYS AT LAW
365 RIFLE CAMP ROAD
WOODLAND PARK, NEW JERSEY 07424
(973) 742-8900
Telecopier
(973) 742-7999

March 20, 2009

**Via Electronic Filing**
**And Facsimile (609) 989-0515**

Hon. Peter G. Sheridan
United States District Judge
United States District Court
402 East State Street
Trenton, NJ 08608

SO ORDERED: /s/ Peter G. Sheridan
DATED: 3/23/09

Re: **Square Enterprises Corp. v. European Distributions, Inc.**
    **d/b/a J&B European Distribution, Inc.**
    **Civil Action No. 09-857 (PGS)**

Dear Judge Sheridan

We represent defendant in the above action, in which an order to show cause is currently returnable on April 1, 2009 at 1:30 pm. Pursuant to an earlier order in this case, defendant had until March 20, 2009 at 5:00 pm to file its answering papers and plaintiff had until March 25, 2009 to file its reply papers. We hereby respectfully request that defendant's time to file answering papers be extended to Monday, March 23, 2009. Plaintiff's counsel has consented to this extension provided that plaintiff's time to file its reply papers be extended to Friday, March 27, 2009, which is acceptable to defendant. The date and time for argument will remain unchanged.

Respectfully,
BISCEGLIE & DEMARCO, L.L.C.

By: /s/ Mark I. Silberblatt
    Mark I. Silberblatt

MIS/ds
cc: Tomasz Rydzaj (via e-mail)
    Ludomir A. Budzyn, Esq. (via e-filing and facsimile)

Z:\share\European Distribution Inc\J&B European Distribution\Square Enterprises\Corresp\Sheridan ltr 3-20-09.doc